Case 16-10815-TPA    Doc 42    Filed 03/23/17    Entered 03/23/17 13:59:02    Desc Main
Document    Page 1 of 1
FILED
3/23/17 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Melvin H. Janet M. Perryman
Case Number: 16-10815     Chapter: 13
Date / Time / Room: March 21, 2017 at 11:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*
#24 - Amended Plan dated 11/24/16 (NFC)
**+Obj. by WF 19 Grantor Trust**

### *Appearances:*

A Coulelis

Debtor:
Trustee: Winnecour / Bedford / Katz / (Pail)

Creditor: Wambrodt — WF19 Trust
Citifinancial (claim 9)

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/26/17 at 12:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other:

WF19 Trust does not agree with plan treatment