IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKR. CASE NO. 16-10815-TPA |
| MELVIN H. PERRYMAN ) | |
| JANET M. PERRYMAN ) | |
| Debtors ) | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Joseph B. Aguglia, Jr., Esquire, certify under penalty of perjury that on the 18th day of April 2017, I served the Amended Chapter 13 plan on the creditors listed below via US First Class Mail, along with the Trustee and US Trustee.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service:

*Via Service by Electronic Notification by ECF:*
  (1) US Trustee
      1001 Liberty Avenue, Suite 970
      Pittsburgh, PA 15222
      Ustpregion03.pi.ecf@usdoj.gov

*Via Service by First Class Mail:*
  (1) Ronda J. Winnecour
      Suite 3250, USX Tower
      600 Grant Street
      Pittsburgh, PA 15219

  (2) Aqua Finance, Inc.
      PO Box 3256
      Milwaukee, WI 53201

  (3) Cathy Vavala, Tax Collector
      160 Jennie Lane
      Warren, PA 16365

  (4) Citifinancial
      605 Munn Road East
      BSP13A
      Fort Mill, SC 29715

(5) Citimortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898

(6) M&T Bank
1100 Wehrel Drive
Buffalo, NY 14221

(7) American Express
PO Box 981537
El Paso, TX 79998

(8) Collection Service Center
250 Mount Lebanon Boulevard
Suite 420
West Mifflin, PA 15122

(9) Creditech
PO Box 99
Bangor, PA 18013

(10)   FNB Consumer Discount
210 Liberty Street
Warren, PA 16365

(11)   John H. Susz, DPM
514 Sprinside Drive
Warren, PA 16365

(12)   Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108

(13)   Quality Asset Recovery
7 Foster Avenue, Suite 101
Gibbsboro, NJ 08026

(14)   Warren General Hospital
2 West Crescent Park
Warren, PA 16365

Respectfully Submitted,

<u>/s/ Joseph B. Aguglia Jr., Esquire</u>
Joseph B. Aguglia Jr., Esquire
PA ID #94516
1001 State Street
Suite #1400
Erie, PA 16501
(814) 480-5790
<u>jaguglia@verizon.net</u>