IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| MELVIN H. PERRYMAN and | : | Case No. 16-10815-TPA |
| JANET M. PERRYMAN, | : | |
|       Debtors | : | |
| | : | |
| M&T BANK | : | |
|       Movant | : | |
|   v. | : | |
| | : | |
| MELVIN H. PERRYMAN and | : | |
| JANET M. PERRYMAN, | : | |
|       Respondents | : | |

## **PRAECIPE TO WITHDRAW**

To the Clerk:

Kindly note that M&T Bank's Objection to Confirmation filed with this Court on March 29, 2017 is withdrawn.

                                          DOUGLAS J. SMILLIE

                                          FITZPATRICK LENTZ & BUBBA, P.C.
                                          4001 Schoolhouse Lane
                                          P. O. Box 219
                                          Center Valley, PA 18034-0219
                                          (610) 797-9000

Dated: April 26, 2017                      By:  */s/ Douglas J. Smillie*
                                                      Attorney for M&T Bank