Case 16-10815-TPA    Doc 49    Filed 04/27/17    Entered 04/27/17 16:04:59    Desc Main
Document      Page 1 of 1

FILED
4/27/17 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: | 16-10815-TPA |
|---|---|---|---|
| Melvin H. Perryman | : | Chapter: | 13 |
| Janet M. Perryman | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 4/26/2017 |
| | : | Time: | 12:00 |

### PROCEEDING MEMO

*MATTER:*   #24 Contested Amended Plan dated 11/24/2016

*APPEARANCES:*
Debtor:   Joseph B. Aguglia
Trustee:  Richard Bedford

*NOTES:*

Agugulia:   M&T filed withdrawal of their objection based on the amended Plan filed on 4/18/17.

*OUTCOME:*   Continued to conciliation on 5/23/17 at 11:00 A.M. with amended plan. (reschedule if needed)

jlm