Case 16-10815-TPA    Doc 53    Filed 04/30/17    Entered 05/01/17 00:54:04    Desc Main
Document      Page 1 of 2

FILED
4/28/17 8:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin H. Perryman<br>Janet M. Perryman<br>　　　　　　　　　Debtor(s)<br><br>WF 19 Grantor Trust, its successors and/or assigns<br>　　　　　　　　　Movant<br>vs.<br>Melvin H. Perryman<br>Janet M. Perryman<br>　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-10815 TPA<br><br>Related to Document No. 46<br><br>11 U.S.C. Section 362 |

### WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of WF 19 Grantor Trust, which was filed with the Court on or about **March 3, 2017, Docket Entry [41]**.

Respectfully submitted,

/s/ **James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

April 25, 2017

SO ORDERED
April 28, 2017

jlm

Case 16-10815-TPA    Doc 53    Filed 04/30/17    Entered 05/01/17 00:54:04    Desc Imaged
Certificate of Notice    Page 2 of 2

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                         Case No. 16-10815-TPA
Melvin H. Perryman                                             Chapter 13
Janet M. Perryman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: gamr              Page 1 of 1              Date Rcvd: Apr 28, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db/jdb         +Melvin H. Perryman,   Janet M. Perryman,   1523 Scandia Road,   Warren, PA 16365-8443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
          Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
          James  Warmbrodt    on behalf of Creditor    WF 19 Grantor Trust bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Jill  Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Joseph B. Aguglia, Jr.    on behalf of Joint Debtor Janet M. Perryman jaguglia@verizon.net,
           googz21@hotmail.com
          Joseph B. Aguglia, Jr.    on behalf of Debtor Melvin H. Perryman jaguglia@verizon.net,
           googz21@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8