FILED
4/28/17 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MELVIN H. PERRYMAN and | : | Case No. 16-10815-TPA |
| JANET M. PERRYMAN, | : | |
| Debtors | : | Related to Document No. 48 |
| | : | |
| M&T BANK | : | |
| Movant | : | |
| v. | : | |
| | : | |
| MELVIN H. PERRYMAN and | : | |
| JANET M. PERRYMAN, | : | |
| Respondents | : | |

## WITHDRAW

To the Clerk:

Kindly note that M&T Bank's Objection to Confirmation filed with this Court on March 29, 2017 is withdrawn.

DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000

Dated: April 26, 2017    By:___/s/ Douglas J. Smillie___
Attorney for M&T Bank

SO ORDERED
April 28, 2017

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Melvin H. Perryman  
Janet M. Perryman  
     Debtors

Case No. 16-10815-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: gamr     Page 1 of 1     Date Rcvd: Apr 28, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db/jdb     +Melvin H. Perryman,    Janet M. Perryman,    1523 Scandia Road,    Warren, PA 16365-8443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
       Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com  
       James Warmbrodt    on behalf of Creditor    WF 19 Grantor Trust bkgroup@kmllawgroup.com  
       Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
       Jill Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
       Joseph B. Aguglia, Jr.    on behalf of Joint Debtor Janet M. Perryman jaguglia@verizon.net, googz21@hotmail.com  
       Joseph B. Aguglia, Jr.    on behalf of Debtor Melvin H. Perryman jaguglia@verizon.net, googz21@hotmail.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                TOTAL: 8