**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10815-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Melvin H. Perryman
1523 Scandia Road
Warren PA 16365

Janet M. Perryman
1523 Scandia Road
Warren PA 16365

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/07/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: ONEMAIN, PO BOX 70912, CHARLOTTE NC 28272-0912

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/10/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-10815-TPA
Melvin H. Perryman                                                  Chapter 13
Janet M. Perryman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1                Date Rcvd: Jun 08, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14308021        E-mail/PDF: cbp@onemainfinancial.com Jun 09 2017 00:34:41      ONEMAIN,   PO BOX 70912,
                CHARLOTTE NC 28272-0912
                                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
        Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
        James  Warmbrodt    on behalf of Creditor    WF 19 Grantor Trust bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Jill  Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        Joseph B. Aguglia, Jr.    on behalf of Joint Debtor Janet M. Perryman jaguglia@verizon.net,
         googz21@hotmail.com
        Joseph B. Aguglia, Jr.    on behalf of Debtor Melvin H. Perryman jaguglia@verizon.net,
         googz21@hotmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 8