**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Melvin H. Perryman**
**Janet M. Perryman**
   Debtor(s)

Bankruptcy Case No.: 16–10815–TPA
Related to Docket No. 66
Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: June 5, 2018 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 7, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **May 21, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **June 5, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 21, 2018

cm: All Creditors and Parties In Interest

*/s/ Thomas P. Agresti*
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                             Case No. 16-10815-TPA
Melvin H. Perryman                                                 Chapter 13
Janet M. Perryman
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Mar 21, 2018
                              Form ID: 213            Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.
```
db/jdb         +Melvin H. Perryman,   Janet M. Perryman,   1523 Scandia Road,   Warren, PA 16365-8443
cr             +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
14280459       +American Express,   PO Box 981537,   El Paso, TX 79998-1537
14310213        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
14280460       +American Express Department Stores,   PO Box 8218,   Mason, OH 45040-8218
14280461       +Aqua Finance, Inc. FBO Connexus Credit,   PO Box 3256,   Milwaukee, WI 53201-3256
14280462       +Aqua Finance, Inc. FBO Connexus Credit,   1 Corporate Drive,   Wausau, WI 54401-1722
14280467      ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,   250 Mount Lebanon Boulevard,
                 Suite 420,   West Mifflin, PA 15122)
14280463       +Cathy Vavala, Tax Collector,   160 Jennie Lane,   Warren, PA 16365-5305
14350600        CitiFinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
14280464       +Citifinancial,   605 Munn Road East,   BSP13A,   Fort Mill, SC 29715-8421
14280465       +Citimortgage, Inc.,   PO Box 9438,   Gaithersburg, MD 20898-9438
14280466       +Citimortgage, Inc.,   PO Box 10002,   Hagerstown, MD 21747-0002
14280468       +Collection Service Center,   PO Box 560,   New Kensington, PA 15068-0560
14280470       +Creditech,   PO Box 99,   Bangor, PA 18013-0099
14280471       +FNB Consumer Discount,   210 Liberty Street,   Warren, PA 16365-5708
14280472       +John H. Susz, DPM PC,   514 Springside Drive,   Warren, PA 16365-5301
14348579       +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   PO Box 24330,
                 Oklahoma City, OK 73124-0330
14308762       +M&T Bank,   PO Box 1508,   Buffalo, New York 14240-1508
14336580       +PINGORA LOAN SERVICING, LLC,   PHH Mortgage Corporation,,   One Mortgage Way,   Mailstop: SV01,
                 Mount Laurel, NJ 08054-4637
14280478       +Penn Credit Corporation,   916 South 14th Street,   Harrisburg, PA 17104-3425
14280477       +Penn Credit Corporation,   PO Box 988,   Harrisburg, PA 17108-0988
14280479       +Pine Grove Ambulatory Surgery Center,   10 Timberview Lane,   Upper Level,
                 Russell, PA 16345-4150
14280480       +Quality Asset Recovery,   7 Foster Avenue Suite 101,   Gibbsboro, NJ 08026-1191
14280481       +Regency Finance Company,   210 Liberty Street,   Warren, PA 16365-5708
14280483       +Saint Vincent Health Center,   232 West 25th Street,   Erie, PA 16544-0001
14280484       +Saint Vincent Institute,   3530 Peach Street LL1,   Erie, PA 16508-2768
14280485       +Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
14280486       +Sears/CBSD,   701 East 60th Street North,   PO Box 6241,   Sioux Falls, SD 57117-6241
14361662       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14311458       +Warren County 2016 Property Taxes,   c/o Cathy Vavala, Tax Collector,   160 Jennie Lane,
                 Warren, PA 16365-5305
14280487       +Warren General Hospital,   2 West Crescent Park,   Warren, PA 16365-2199
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com Mar 22 2018 02:13:37     M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY  14221
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 02:23:10
                 PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
14280473        E-mail/Text: camanagement@mtb.com Mar 22 2018 02:13:37     M&T Bank,   1100 Wehrel Drive,
                 Buffalo, NY  14221
14280474        E-mail/Text: camanagement@mtb.com Mar 22 2018 02:13:37     M&T Bank,   PO Box 900,
                 Millsboro, DE 19966
14308021        E-mail/PDF: cbp@onemainfinancial.com Mar 22 2018 02:22:26     ONEMAIN,   PO BOX 70912,
                 CHARLOTTE NC 28272-0912
14280475       +E-mail/PDF: cbp@onemainfinancial.com Mar 22 2018 02:22:27     OneMain Financial,
                 6801 Colwell Boulevard,   c/s Care Dept.,   Irving, TX 75039-3198
14280476       +E-mail/PDF: cbp@onemainfinancial.com Mar 22 2018 02:22:25     OneMain Financial,
                 300 Saint Paul Place,   BSP13A,   Baltimore, MD 21202-5038
14639534        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 02:22:31
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14301683        E-mail/Text: bnc-quantum@quantum3group.com Mar 22 2018 02:13:43
                 Quantum3 Group LLC as agent for,   Connexus Credit Union,   PO Box 788,
                 Kirkland, WA  98083-0788
14280482        E-mail/Text: dshelton@svhs.org Mar 22 2018 02:13:39     Saint Vincent Consultants in Cardiology,
                 2315 Myrtle Street,   Suite 190,   Erie, PA 16502-4604
14645936       +E-mail/Text: pgilbert@warren-county.net Mar 22 2018 02:14:55     Warren County Tax Claim Bureau,
                 c/o Cathy Vavala-Tax Collector,   204 Fourth Ave.,   Warren, PA 16365-2362
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CitiFinancial Servicing, LLC
cr             LSF9 Master Participation Trust
cr             WF 19 Grantor Trust
```

```
District/off: 0315-1           User: jmar                 Page 2 of 2              Date Rcvd: Mar 21, 2018
                               Form ID: 213               Total Noticed: 43

14280469*     ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,   PO Box 14931,   Pittsburgh, PA 15234)
                                                                                      TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2018 at the address(es) listed below:
```
              Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              James Warmbrodt    on behalf of Creditor    WF 19 Grantor Trust bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph B. Aguglia, Jr.    on behalf of Joint Debtor Janet M. Perryman jaguglia@verizon.net,
               googz21@hotmail.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Melvin H. Perryman jaguglia@verizon.net,
               googz21@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Cook    on behalf of Joint Debtor Janet M. Perryman ronald@mrdebtbuster.com,
               clarissa@mrdebtbuster.com
              Ronald E. Cook    on behalf of Debtor Melvin H. Perryman ronald@mrdebtbuster.com,
               clarissa@mrdebtbuster.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```