Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Melvin H. Perryman** | : | Case No. 16–10815–TPA |
| **Janet M. Perryman** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 8th of May, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10815-TPA
Melvin H. Perryman                                                         Chapter 13
Janet M. Perryman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: May 08, 2018
                              Form ID: 309            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
```
db/jdb         +Melvin H. Perryman,    Janet M. Perryman,    1523 Scandia Road,    Warren, PA 16365-8443
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14280460       +American Express Department Stores,    PO Box 8218,    Mason, OH 45040-8218
14280467      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     250 Mount Lebanon Boulevard,
                 Suite 420,    West Mifflin, PA 15122)
14280463       +Cathy Vavala, Tax Collector,    160 Jennie Lane,    Warren, PA 16365-5305
14350600        CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
14280464       +Citifinancial,    605 Munn Road East,    BSP13A,    Fort Mill, SC 29715-8421
14280466       +Citimortgage, Inc.,    PO Box 10002,    Hagerstown, MD 21747-0002
14280468       +Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
14280470       +Creditech,    PO Box 99,    Bangor, PA 18013-0099
14280471       +FNB Consumer Discount,    210 Liberty Street,    Warren, PA 16365-5708
14280472       +John H. Susz, DPM PC,    514 Springside Drive,    Warren, PA 16365-5301
14348579       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    PO Box 24330,
                 Oklahoma City, OK 73124-0330
14308762       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
14336580       +PINGORA LOAN SERVICING, LLC,    PHH Mortgage Corporation,,    One Mortgage Way,    Mailstop: SV01,
                 Mount Laurel, NJ 08054-4637
14280478       +Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
14280477       +Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
14280479       +Pine Grove Ambulatory Surgery Center,    10 Timberview Lane,    Upper Level,
                 Russell, PA 16345-4150
14280480       +Quality Asset Recovery,    7 Foster Avenue Suite 101,    Gibbsboro, NJ 08026-1191
14280481       +Regency Finance Company,    210 Liberty Street,    Warren, PA 16365-5708
14280483       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14280484       +Saint Vincent Institute,    3530 Peach Street LL1,    Erie, PA 16508-2768
14361662       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14311458       +Warren County 2016 Property Taxes,    c/o Cathy Vavala, Tax Collector,    160 Jennie Lane,
                 Warren, PA 16365-5305
14280487       +Warren General Hospital,    2 West Crescent Park,    Warren, PA 16365-2199
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com May 09 2018 01:56:43     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY  14221
cr             +EDI: PRA.COM May 09 2018 05:43:00     PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14280459       +EDI: AMEREXPR.COM May 09 2018 05:43:00     American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
14310213        EDI: BECKLEE.COM May 09 2018 05:43:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14280461       +EDI: AQUAFINANCE.COM May 09 2018 05:43:00     Aqua Finance, Inc. FBO Connexus Credit,
                 PO Box 3256,    Milwaukee, WI 53201-3256
14280462       +EDI: AQUAFINANCE.COM May 09 2018 05:43:00     Aqua Finance, Inc. FBO Connexus Credit,
                 1 Corporate Drive,    Wausau, WI 54401-1722
14280465       +EDI: CIAC.COM May 09 2018 05:43:00     Citimortgage, Inc.,    PO Box 9438,
                 Gaithersburg, MD 20898-9438
14280473        E-mail/Text: camanagement@mtb.com May 09 2018 01:56:43     M&T Bank,    1100 Wehrel Drive,
                 Buffalo, NY 14221
14280474        E-mail/Text: camanagement@mtb.com May 09 2018 01:56:43     M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
14308021        EDI: AGFINANCE.COM May 09 2018 05:43:00     ONEMAIN,   PO BOX 70912,    CHARLOTTE NC 28272-0912
14280475       +EDI: AGFINANCE.COM May 09 2018 05:43:00     OneMain Financial,    6801 Colwell Boulevard,
                 c/s Care Dept.,    Irving, TX 75039-3198
14280476       +EDI: AGFINANCE.COM May 09 2018 05:43:00     OneMain Financial,    300 Saint Paul Place,    BSP13A,
                 Baltimore, MD 21202-2120
14639534        EDI: PRA.COM May 09 2018 05:43:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
14301683        EDI: Q3G.COM May 09 2018 05:43:00     Quantum3 Group LLC as agent for,    Connexus Credit Union,
                 PO Box 788,    Kirkland, WA 98083-0788
14280482        E-mail/Text: dshelton@svhs.org May 09 2018 01:56:43     Saint Vincent Consultants in Cardiology,
                 2315 Myrtle Street,    Suite 190,    Erie, PA 16502-4604
14280485       +EDI: SEARS.COM May 09 2018 05:43:00     Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14280486       +EDI: SEARS.COM May 09 2018 05:43:00     Sears/CBSD,    701 East 60th Street North,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
14645936       +E-mail/Text: pgilbert@warren-county.net May 09 2018 01:57:24     Warren County Tax Claim Bureau,
                 c/o Cathy Vavala-Tax Collector,    204 Fourth Ave.,    Warren, PA 16365-2362
                                                                                               TOTAL: 18
```

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: May 08, 2018
                              Form ID: 309            Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiFinancial Servicing, LLC
cr              LSF9 Master Participation Trust
cr              WF 19 Grantor Trust
14280469*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court:  Collection Service Center,    PO Box 14931,    Pittsburgh, PA 15234)
                                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Douglas  Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              James  Warmbrodt    on behalf of Creditor    WF 19 Grantor Trust bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    CitiFinancial Servicing, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joseph B. Aguglia, Jr.    on behalf of Joint Debtor Janet M. Perryman jaguglia@verizon.net,
               googz21@hotmail.com
              Joseph B. Aguglia, Jr.    on behalf of Debtor Melvin H. Perryman jaguglia@verizon.net,
               googz21@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald E. Cook    on behalf of Joint Debtor Janet M. Perryman ronald@mrdebtbuster.com,
               clarissa@mrdebtbuster.com
              Ronald E. Cook    on behalf of Debtor Melvin H. Perryman ronald@mrdebtbuster.com,
               clarissa@mrdebtbuster.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```