**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MELVIN H. PERRYMAN
    JANET M. PERRYMAN
        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:16-10815 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/27/2016 and confirmed on 01/25/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,713.32 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,713.32 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,810.00 | |
|   Trustee Fee | 1,080.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,890.29 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 0.00 | 13,960.64 | 0.00 | 13,960.64 |
|     Acct: 0074 | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 4,624.60 | 558.17 | 0.00 | 558.17 |
|     Acct: 0074 | | | | |
|   QUANTUM3 GROUP LLC AGENT - CONNEX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7990 | | | | |
|   WARREN COUNTY (RE) | 962.70 | 103.45 | 107.98 | 211.43 |
|     Acct: 2183 | | | | |
|   WARREN COUNTY TAX CLAIM BUREAU | 2,261.63 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 13,841.73 | 1,006.58 | 918.28 | 1,924.86 |
|     Acct: 5549 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5034 | | | | |
|   WF 19 GRANTOR TRUST | 10,870.83 | 3,528.23 | 639.70 | 4,167.93 |
|     Acct: 9057 | | | | |
|   PINGORA LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6040 | | | | |

Case 16-10815-TPA    Doc 71    Filed 06/20/18    Entered 06/20/18 14:46:15    Desc Main
                          Document      Page 2 of 3

| 16-10815 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 20,823.03 |
| **Priority** | | | | |
| JOSEPH B AGUGLIA JR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MELVIN H. PERRYMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH B AGUGLIA JR++ | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS CENTURION BNK | 2,787.30 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XQIOO | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6513 | | | | |
| FNB CONSUMER DISCOUNT CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5071 | | | | |
| JOHN H SUSZ DPM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8243 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 8,661.36 | 0.00 | 0.00 | 0.00 |
| Acct: 2488 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4656 | | | | |
| PINE GROVE AMBULATORY SURGERY CE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6540 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L913 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L913 | | | | |
| SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7973 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4122 | | | | |
| WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2140 | | | | |
| REGENCY FINANCE CO/ FNB CDC | 2,542.74 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 101.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5549 | | | | |
| JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AQUA FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGENCY FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAINT VINCENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WARREN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS      20,823.03

TOTAL CLAIMED
PRIORITY    0.00
SECURED    32,561.49
UNSECURED    14.092.89

Date: 06/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com